CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

3/17/2025

LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| KAITLIN O.,[1] | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 6:24-cv-00025 |
| LELAND DUDEK, | ) |
| Acting Commissioner Of Social Security, | ) |
|       Defendant. | ) |

## JUDGMENT ORDER

The Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), it is **FURTHER ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

ENTERED this 17th day of March, 2025.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court adopts the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts only use the first name and last initial of the claimant in social security opinions.